STATE v. BROWN

No. 4 PC.

Case below: 13 N.C. App. 315.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.

STATE v. BROWN and STATE v. MADDOX and STATE v. PHILLIPS

No. 3 PC.

Case below: 13 N.C. App. 261.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.

STATE v. DAYE

No. 42.

Case below: 13 N.C. App. 435.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 March 1972.

STATE v. DAYE

No. 15 PC.

Case below: 13 N.C. App. 435.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 7 March 1972.

STATE v. HOOD

No. 113 PC.

Case below: 13 N.C. App. 170.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 March 1972.